# United States Court of Appeals
## For The Eighth Circuit
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Susan E. Bindler**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

May 19, 2025

Tyler Adam Young
FAEGRE & DRINKER
2200 Wells Fargo Center
90 S. Seventh Street
Minneapolis, MN  55402-3901

RE:  25-1986  Tim Taylor, et al v. JBS Foods USA, et al

Dear Counsel:

Enclosed is a copy of an order granting permission to appeal. Pursuant to the order, we have transferred Case No. 25-8002 from the Miscellaneous Docket to the Regular Docket and have assigned it the caption and case number shown above. Please use the new Regular Docket caption and number on all correspondence and pleadings submitted to the court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

Pursuant to Federal Rule of Appellate Procedure 3(e), you must now pay the $605 filing and docketing fees to the United States District Court.

The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please review the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A.

Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file a brief will result in the issuance of an order to show cause and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of the Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the schedule or procedures for the case, please contact our office.

Susan E. Bindler
Clerk of Court

ASL

Enclosure(s)

cc: Clerk, U.S. District Court, District of South Dakota
 Martin J. Demoret
 Aubrey Blair Dunn
 Jesse Linebaugh
 Ambria Mahomes
 Ethan Preston
 Marshall Jason Ray
 Aaron Daniel Van Oort
 Jared Robert Vander Dussen

District Court/Agency Case Number(s): 3:23-cv-03031-ECS

**Caption For Case Number:   25-1986**

Tim Taylor, on behalf of himself and others similarly situated; Bryce Baker, on behalf of himself and others similarly situated

        Plaintiffs - Appellees

v.

JBS Foods USA; Tyson Foods, Inc.; Cargill Meat Solutions Corp.; National Beef Packing Company, LLC

        Defendants - Appellants

**Addresses For Case Participants: 25-1986**

Tyler Adam Young
FAEGRE & DRINKER
2200 Wells Fargo Center
90 S. Seventh Street
Minneapolis, MN 55402-3901

Clerk, U.S. District Court, District of South Dakota
U.S. DISTRICT COURT
District of South Dakota
Room 405
Post Office & U.S. Courthouse
Pierre, SD 57501-0000

Martin J. Demoret
FAEGRE & DRINKER
33rd Floor
801 Grand Avenue
Des Moines, IA 50309-8011

Aubrey Blair Dunn
WARBA, LLP
Suite 1000
400 Gold Avenue S.W.
Albuquerque, NM 87102

Jesse Linebaugh
FAEGRE & DRINKER
33rd Floor
801 Grand Avenue
Des Moines, IA 50309-8011

Ambria Mahomes
FAEGRE & DRINKER
Suite 3300
320 S. Canal Street
Chicago, IL 60606-5707

Ethan Preston
PRESTON LAW OFFICES
Suite 310
4054 McKinney Avenue
Dallas, TX 75204

Marshall Jason Ray
LAW OFFICES OF MARSHALL J. RAY, LLC
514 Mable Avenue N.W.
Albuquerque, NM 87102

Aaron Daniel Van Oort
FAEGRE & DRINKER
2200 Wells Fargo Center
90 S. Seventh Street
Minneapolis, MN 55402-3901

Jared Robert Vander Dussen
WARBA, LLP
Suite 1000
400 Gold Avenue S.W.
Albuquerque, NM 87102