UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
**APPEARANCE OF COUNSEL**

Case Title: Tim Taylor, et al vs. JBS Foods USA, et al

**The Clerk will enter my appearance as Counsel in Appeal No.** 25-1986 **for the following party(s): (please specify)**

Tim Taylor and Bryce Baker

☐ Appellant(s)  ☐ Petitioner(s)  ☑ Appellee(s)  ☐ Respondent(s)  ☐ Amicus Curiae  ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: A. Blair Dunn    s/: /s/ A. Blair Dunn

Firm Name: Western Agriculture, Resource and Business Advocates, LLP

Business Address: 400 Gold Ave SW, Ste 1000

City/State/Zip: Albuquerque, NM 87102

Telephone Number (Area Code): (505) 750-3060

Email Address: abdunn@ablairdunn-esq.com

**CERTIFICATE OF SERVICE**

☑ I hereby certify that on 5/19/25, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:

/s/ A. Blair Dunn