No. 25-1986

# *In the*
# United States Court of Appeals
## *for the*
# Eighth Circuit

TIM TAYLOR, on behalf of himself and others similarly situated; and BRYCE BAKER, on behalf of himself and others similarly situated;

Plaintiffs-Appellees,

vs.

JBS FOODS USA; TYSON FOODS, INC.; CARGILL MEAT SOLUTIONS CORP.; and NATIONAL BEEF PACKING COMPANY, LLC,

Defendants-Appellants.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
Case No. 3:23-CV-3031-ECS, Hon. Eric C. Schulte

## DEFENDANTS-APPELLANTS' METHOD OF APPENDIX PREPARATION NOTIFICATION

| | |
|---|---|
| AARON D. VAN OORT | MARTIN J. DEMORET |
| TYLER A. YOUNG | 801 Grand Avenue, Suite 3100 |
| 90 South Seventh Street | Des Moines, IA 50309 |
| 2200 Wells Fargo Center | 515 447 4706 |
| Minneapolis, MN 55402 | |
| 612 766 8610 | *Attorneys for Defendants-Appellants* |

# DEFENDANTS-APPELLANTS' METHOD OF APPENDIX PREPARATION NOTIFICATION

Pursuant to Federal Rule of Appellate Procedure 30(a) and Eighth Circuit Rule 30A(b)(2), Defendants-Appellants JBS USA Food Company, Tyson Foods, Inc., Cargill Meat Solutions Corp. and National Beef Packing Company, LLC ("Defendants") state they have conferred with Plaintiffs-Appellees and the parties have agreed to the contents of a joint appendix, which Defendants shall file with their appellant brief.

Dated: June 2, 2025

FAEGRE DRINKER BIDDLE &
REATH LLP


By */s/ Tyler A. Young*

   Aaron D. Van Oort
   Tyler A. Young
   90 South Seventh Street
   2200 Wells Fargo Center
   Minneapolis, MN 55402
   Telephone: 612 766 8610
   aaron.vanoort@faegredrinker.com
   tyler.young@faegredrinker.com

   Martin J. Demoret
   801 Grand Avenue, Suite 3100
   Des Moines, IA 50309
   Telephone: 515 447 4706
   martin.demoret@faegredrinker.com

   *Attorneys for Defendants-Appellants JBS USA Food Company, Tyson Foods, Inc., Cargill Meat Solutions Corp., and National Beef Packing Company, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the appellate CM/ECF system. All counsel of record are registered CM/ECF users, and service will be accomplished by the CM/ECF system.

*/s/ Tyler A. Young*
Tyler A. Young
Counsel for Defendants-Appellants
