# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

―――――――――――――――

No. 25-1986

―――――――――――――――

**TIM TAYLOR** and **BRYCE BAKER,** on behalf of themselves and others similarly situated,

       *Plaintiffs-Appellees,*

v.

**JBS FOODS USA, TYSON FOODS, INC., CARGILL MEAT SOLUTIONS** and **NATIONAL BEEF PACKING COMPANY, LLC**,

       *Defendants-Appellants.*

―――――――――――――――

## NOTICE OF APPEARANCE

Notice is hereby given that Paul S. Swedlund, South Dakota Solicitor General, appears on behalf of *amici curiae* states in support of appellees and affirmance.

Dated this 11th day of August 2025.

       Respectfully submitted,

**MARTY J. JACKLEY**
**ATTORNEY GENERAL**
**STATE OF SOUTH DAKOTA**

*Paul S. Swedlund*
Paul S. Swedlund
Solicitor General
State of South Dakota
1302 East Highway 1889, Suite 1
Pierre, SD 57501
605-773-3215
paul.swedlund@state.sd.us