No. 25-1986

*In the*
# United States Court of Appeals
*for the*
# Eighth Circuit

TIM TAYLOR, on behalf of himself and others similarly situated; and BRYCE BAKER, on behalf of himself and others similarly situated;

Plaintiffs-Appellees,

vs.

JBS FOODS USA; TYSON FOODS, INC.; CARGILL MEAT SOLUTIONS CORP.; and NATIONAL BEEF PACKING COMPANY, LLC,

Defendants-Appellants.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
Case No. 3:23-CV-3031-ECS, Hon. Eric C. Schulte

**UPDATED CERTIFICATE OF SERVICE**

AARON D. VAN OORT
TYLER A. YOUNG
90 South Seventh Street
2200 Wells Fargo Center
Minneapolis, MN 55402
612 766 8610

MARTIN J. DEMORET
801 Grand Avenue, Suite 3100
Des Moines, IA 50309
515 447 4709

*Attorneys for Defendants-Appellants*

I hereby certify that on September 10, 2025, I electronically filed the Defendants-Appellants' Reply Brief by using the appellate CM/ECF system.

I further certify that on September 11, 2025, after the Court accepted the Defendants-Appellants' Reply Brief, I filed via FedEx Overnight ten copies of the brief with the Clerk of Court for the United States for the Eighth Circuit at the following address:

Susan E. Bindler, Clerk of Court
U.S. Court of Appeals – 8th Circuit
Thomas F. Eagleton Courthouse
111 South 10th Street
Room 24.329
St. Louis, MO. 63102

I further certify that on September 11, 2025, I served via third-party commercial carrier paper copies of the brief on the following law firms appearing as Counsel of Record in this matter:

Marshall J. Ray
Law Offices of Marshall J. Ray
514 Marble Avenue NW
Albuquerque, NM 87102

Ethan Preston
Preston Law Offices
4054 McKinney Avenue
Suite 310
Dallas, TX 75204

A. Blair Dunn
Jared Robert Vander Dussen
Western Agriculture, Resources and
 Business Advocates, LLP
400 Gold Ave SW, Ste 1000
Albuquerque, NM 87102

/s/ Tyler A. Young
Tyler A. Young
Counsel for Defendants-Appellants